ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
DIANA S. ERB
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANA GAITAN; JOSEPH GAITAN; ELYNELSON A. CORTEZ; and AZUCENA DELCARMEN CORTEZ,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; DOES I-V; and ROE ENTITIES VI-X, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:10-cv-01866-RLH-GWF<br><br>**STIPULATION AND ORDER REQUESTING CONTINUANCE OF TRIAL**<br><br>**(First Request)** |

Plaintiffs ANA GAITAN; JOSEPH GAITAN; ELYNELSON A. CORTEZ; and AZUCENA DELCARMEN CORTEZ (collectively "Plaintiffs") and Defendants BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP ("BAC"), and RECONTRUST COMPANY, N.A. ("ReconTrust") (collectively, "Defendants"), hereby stipulate and agree to continue the trial date currently scheduled for August 29, 2011 pursuant to Dkt. 14, because discovery has been extended until November 14, 2011 [Dkt. 17 and Dkt. 18].

　　　　1.　　<u>Time estimated for trial</u>.  The parties estimate that the time required for trial will be three (3) days.

　　　　2.　　<u>Alternative available trial dates</u>.  The parties are available for trial on the following

1  dates: February 6, 2011, February 13, 2011, and February 20, 2011.

2      3.    The parties do not expect trial to be eliminated or its length affected by substantive
3  motions.

4  This is the parties' first request for a continuance of the trial date, and is not intended to
5  cause any delay or prejudice to any party.

6  DATED this 18th day of April, 2011.    DATED this 18th day of April, 2011.

**AKERMAN SENTERFITT LLP**    **LAW OFFICES OF ENRIQUE R. ACUÑA LTD.**

/s/ Diana S. Erb    /s/ Enrique R. Acuña
ARIEL E. STERN    ENRIQUE R. ACUÑA
Nevada Bar No. 8276    Nevada Bar No. 10495
JACOB. D. BUNDICK    1630 East Sahara Ave.
Nevada Bar No. 9772    Las Vegas, Nevada 89104
DIANA S. ERB
Nevada Bar No. 10580    *Attorney for Plaintiffs*
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Bank of America, N.A., BAC Home Loans*
*Servicing, LP, and ReconTrust Company, N.A.*

**IT IS HEREBY ORDERED the Jury Trial in this matter is continued to the trial stack of February 6, 2012 at 8:30 a.m., Courtroom 6C. Calendar call is continued to February 1, 2012 at 8:45 a.m., Courtroom 6C.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

Dated: April 20, 2011

{LV028157;1}    2