ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com

*Attorneys for Defendants Bank of America, N.A. itself and as successor by merger to BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA GAITAN; JOSEPH GAITAN; ELYNELSON A. CORTEZ; and AZUCENA DELCARMEN CORTEZ,<br><br>                              Plaintiffs,<br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; DOES I-V; and ROE ENTITIES VI-X, inclusive,<br><br>                              Defendants. | Case No.: 2:10-cv-01866-RLH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs ANA GAITAN; JOSEPH GAITAN; ELYNELSON A. CORTEZ; and AZUCENA DELCARMEN CORTEZ (collectively "Plaintiffs") and Defendants BANK OF AMERICA, N.A., for itself and as successor by merger to BAC HOME LOANS SERVICING, LP (**BANA**) and RECONTRUST COMPANY, N.A. (**ReconTrust**, and collectively **Defendants**), by and through their undersigned attorneys, hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice against Defendants.

The parties further stipulate to vacate all pending motions and hearings.

/ / /

/ / /

{23629123;1}                                                                1

The parties further stipulate that each party shall bear its own attorney's fees and costs.

DATED this 22nd day of February, 2012.          DATED this 22nd day of February, 2012.

**AKERMAN SENTERFITT LLP**                      **LAW OFFICES OF ENRIQUE R. ACUÑA LTD.**

/s/ Jacob D. Bundick                            /s/ Enrique R. Acuna
ARIEL E. STERN                                  ENRIQUE R. ACUÑA
Nevada Bar No. 8276                             Nevada Bar No. 10495
JACOB D. BUNDICK                                1630 East Sahara Ave.
Nevada Bar No. 9772                             Las Vegas, Nevada 89104
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144                         *Attorney for Plaintiffs*

*Attorneys for Defendants Bank of America, N.A. itself and as successor by merger to BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.*

**IT IS SO ~~O~~RDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 23, 2012

{23629123;1}                                    2